AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☑ Original ☐ Duplicate Original

FILED

FEB 09 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 2:26-MJ-9
the black 2019 Honda Civic bearing VIN number )
2HGFC2F8XKH601040, currently located at )
2620 Knob Creek Rd., Johnson City, TN )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Eastern____ District of ____Tennessee____
*(identify the person or describe the property to be searched and give its location)*:

the black 2019 Honda Civic bearing VIN number 2HGFC2F8XKH601040, currently located at 2620 Knob Creek Rd., Johnson City, TN, as more fully described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

evidence of multiple armed Hobbs Act robberies, involving David Daniel Hunter, and other persons, in violation of 18 U.S.C. 1951, as more fully described in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____2/12/26____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Cynthia Richardson Wyrick____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 1/29/26 @ 1:17 p

*Judge's signature*

City and state: Greeneville, Tennessee

Cynthia Richardson Wyrick, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 2:26-MJ-9 | Date and time warrant executed: 2/5/2026 at 10:10 AM | Copy of warrant and inventory left with: Left on Seat of Honda Civic |
| Inventory made in the presence of: Special Agent Gretchen Roberts | | |

Inventory of the property taken and name(s) of any person(s) seized:

(1) One Module with S/N 99827004 with Screen

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/9/2026

_____
Executing officer's signature

Jake Daniels Special Agent
Printed name and title